KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-6915
  FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JIALI LI,<br>JIANSHU LI,<br>YUSEN LI,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;<br>EDUARDO AGUIRRE, Director, U.S. Citizenship and Immigration Services;<br>DAVID STILL, San Francisco District Director, U.S. Citizenship and Immigration Services; ROBERT S. MUELLER, Director, Federal Bureau of Investigation.<br><br>    Defendants. | No. C-05-2390-SI<br><br>**STIPULATION TO DISMISS WITHOUT PREJUDCIE; AND [PROPOSED] ORDER** |

    Plaintiffs, by and through their attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action without prejudice in light of the fact that the I-485 applications filed by plaintiffs Jiali Li and Yusen Li have been adjudicated and the defendants have agreed to expeditiously adjudicate the I-485 application filed by plaintiff Jianshu Li.

    Each of the parties shall bear their own costs and fees.

STIPULATION TO DISMISS; AND [PROPOSED] ORDER
C 05-2390 SI                          1

| | |
|---|---|
| Date: October 6, 2005 | Respectfully submitted, |
| | KEVIN V. RYAN<br>United States Attorney |
| | /s/<br>EDWARD A. OLSEN[1]<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Date: October 6, 2005 | /s/<br>JUSTIN WANG<br>Baughman & Wang<br>Attorneys for Plaintiffs |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:

*GRANTED*
*Judge Susan Illston*

---

[1] I, Edward A. Olsen, attest that both Attorney Wang and I have signed this stipulation and will produce the original signed copies upon request.

STIPULATION TO DISMISS; AND [PROPOSED] ORDER
C 05-2390 SI                                         2